O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>SALOMON SANDEZ GONZALEZ,<br><br>         Defendant. | SA 08-296M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

       (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. ( X )   serious risk defendant will flee;

   2. ( ) serious risk defendant will

       a. ( )   obstruct or attempt to obstruct justice;

       b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

|    |                                                                                                              |
|----|--------------------------------------------------------------------------------------------------------------|
| 1  | II.                                                                                                          |
| 2  | The Court finds no condition or combination of conditions will reasonable assure:                            |
| 3  | A.  ( X )    appearance of defendant as required; and/or                                                     |
| 4  | B.  ( ) safety of any person or the community;                                                               |
| 5  | III.                                                                                                         |
| 6  | The Court has considered:                                                                                    |
| 7  | A.  ( x) the nature and circumstances of the offense;                                                        |
| 8  | B.  (x) the weight of evidence against the defendant;                                                        |
| 9  | C.  (x) the history and characteristics of the defendant;                                                    |
| 10 | D.  ( ) the nature and seriousness of the danger to any person or to the community.                          |
| 11 | IV.                                                                                                          |
| 12 | The Court concludes:                                                                                         |
| 13 | A.  ( ) Defendant poses a risk to the safety of other persons or the community because:                      |
| 14 |                                                                                                              |
| 15 | B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:            |
| 16 | **Defendant is undocumented.  He has no ties to the community and no bail**                                  |
| 17 | **resources.**                                                                                               |
| 18 |                                                                                                              |
| 19 | C.  ( ) A serious risk exists that defendant will:                                                           |
| 20 | 1. ( )   obstruct  or  attempt to  obstruct  justice;                                                        |
| 21 | 2. ( )   threaten, injure or intimidate a witness/ juror; because:                                           |
| 22 |                                                                                                              |
| 23 | D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption                    |
| 24 | provided in 18 U.S.C. § 3142 (e).                                                                            |
| 25 | ///                                                                                                          |
| 26 | ///                                                                                                          |
| 27 | ///                                                                                                          |
| 28 | ///                                                                                                          |

1  IT IS ORDERED that defendant be detained prior to trial.

2  IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4  IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5  consultation with his counsel.

7  Dated: June 19, 2008

```
_____
MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE
```

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)                                  - 3 -                                   Page 3 of 3